# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138725(41)

UNIVERSITY OF MICHIGAN REGENTS,
      Plaintiff-Appellant,

v

AUTOMOBILE CLUB INSURANCE
ASSOCIATION,
      Defendant-Appellee.

SC: 138725
COA: 281917
Jackson CC: 06-005897-NF

_____/

On order of the Court, the motion to grant leave to appeal and to consolidate this case with *University of Michigan Regents v Titan Ins Co* (Docket No. 136905) is DENIED. The application for leave to appeal the March 12, 2009 judgment of the Court of Appeals remains held in abeyance for *University of Michigan Regents v Titan Ins Co*, pursuant to this Court's order of November 23, 2009.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2010

Clerk

p0105